UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLYDE O'NEAL, III** | * | **CIVIL ACTION NO. 10-CV-1179** |
| | * | |
| **VS.** | * | **SECTION P** |
| | * | |
| **J.P. YOUNG, ET AL** | * | **JUDGE MINALDI** |
| | * | |
| | * | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION

Before the court is the *pro se* civil rights complaint filed in *forma pauperis* by plaintiff Clyde O'Neal, III, on July 9, 2010. Plaintiff is an inmate in the custody of the Federal Bureau of Prisons (BOP). When the complaint was filed plaintiff was housed at the Federal Correctional Institute in Oakdale, Louisiana. He was subsequently transferred from Oakdale to the Federal Correctional Institute in El Reno, Oklahoma.

### *Statement of the Case*

The undersigned concluded an initial review of the complaint on August 22, 2011, and issued a Memorandum Order [Doc. 12] directing plaintiff to complete and return summons forms for each defendant. After return of the forms, the clerk was directed to effect service of process (through the United States Marshal) on the defendants in this matter. Plaintiff was given thirty days in which to return the completed documents. To date, plaintiff has not responded to that order.

### *Law and Analysis*

A district court may dismiss an action if the plaintiff fails to comply with a court order. Fed. R. Civ. P. 41(b). Moreover, Local Rule 41.3 of the United States District Court, Western

District of Louisiana provides that failure to comply with an order may result in dismissal without prejudice. "The court possesses the inherent authority to dismiss the action *sua sponte,* without motion by a defendant." *McCullough v. Lynaugh*, 835 F.3d 1126 (5th Cir. 1988) (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link*, 370 U.S. at 629-30. Plaintiff was directed to complete and return service documents, and he has failed to do so.

Accordingly,

**IT IS RECOMMENDED** that the petition be **DISMISSED**.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429-30 (5th Cir. 1996).

THUS DONE this 30th day of October, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE