RECEIVED
IN LAKE CHARLES, LA.
NOV 28 2012
TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **CLYDE O'NEAL, III** | **CIVIL ACTION NO. 10-1179-LC** |
| VS. | SECTION P |
| **J.P. YOUNG, ET AL** | JUDGE MINALDI<br>MAGISTRATE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

Lake Charles, Louisiana, on this 28 day of November, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE